*Attorney or Party without Attorney:*
Samuel H. Rudman, Esq.
Coughlin Stoia Geller Rudman
& Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
*Telephone No:* 631-367-7100   *FAX No:* 631-367-1173

*For Court Use Only*

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Southern District Of New York

*Plaintiff:* Joshua LeBlanc, et al.
*Defendant:* Agria Corporation, et al.

# AFFIDAVIT OF SERVICE
## Summons & Complaint

| Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|
| | | | 08CV3886 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served:           Agria Corporation
   b. Person served:          Jasmine Marreno, Manager / Authorized to Accept Legal Process

4. Address where the party was served:    Law Debenture Corporate Services
                                          400 Madison Avenue
                                          4th Floor
                                          New York, NY 10017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 23, 2008 (2) at: 12:52PM

7. *Person Who Served Papers:*
   a. Bobby Ali
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

06-02-08
(Date)          (Signature)

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20 /0

8. **SUBSCRIBED AND SWORN** *to me, a Notary Public in and for said County and State.*

My Commission Expires 02/03/10
                      (Date)

AFFIDAVIT OF SERVICE
Summons & Complaint                           (Notary Public)

sarud.103088